**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Brian T. Shippen-Murray (SBN 288188)
btm@calattorneys.com
10866 Wilshire Boulevard, Suite 1200
Los Angeles, California 90024
Telephone: (310) 872-2600
Facsimile: (310) 730-7377
Attorneys for Plaintiffs,
KRISTI C. BAISDEN and LLOYD DARDEN JR.

**RUGGERELLO LAW GROUP L.L.P.**
Ryan P. Ruggerello (SBN 216633)
Ryan@RuggerelloLaw.com
Kristan L. Ruggerello (SBN 216641)
Kristan@RuggerelloLaw.com
19800 MacArthur Blvd., Ste. 650
Irvine, California 92612
Telephone: (949) 293-7689
Attorneys for Defendant,
Subaru of America, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI C. BAISDEN, an individual, and LLOYD DARDEN JR., an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:22-cv-02201-SSS-SHK<br>Judge: Sunshine Suzanne Sykes<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Filed: March 29, 2022<br>Removed: December 13, 2022 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs Kristi C. Baisden and Lloyd Darden Jr. ("Plaintiffs") and defendant SUBARU OF AMERICA, INC. ("Defendant" or "Subaru") (collectively the "Parties") have reached a settlement in the above-referenced matter.

A formal settlement agreement has been circulated between the Parties for review and approval. Upon approval and resolution, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

Dated: February 16, 2023   **CALIFORNIA CONSUMER ATTORNEYS**

*/s/ Brian T. Shippen-Murray*
Michael H. Rosenstein
Brian T. Shippen-Murray
Attorneys for Plaintiffs,
KRISTI C. BAISDEN and LLOYD DARDEN JR.

Dated: February 16, 2023   **RUGGERELLO LAW GROUP L.L.P.**

*/s/ Ryan P. Ruggerello*
Ryan P. Ruggerello
Kristan L. Ruggerello
Attorneys for Defendant,
SUBARU OF AMERICA, INC.